IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DU,** *et al.* <br> **Plaintiffs,** <br> v. <br> **DJ KITCHEN LLC,** *et al.* <br> **Defendants.** | **CIVIL ACTION NO. 21-2847** |

## JUDGMENT ORDER

**AND NOW,** this 6th day of June 2023, the Court having granted Plaintiffs' Motion for Default Judgment by separate Order this day, it is hereby **ORDERED** that **JUDGMENT IS ENTERED in favor of** Plaintiffs Yong Du and Xiaoying Luo, and **against** Defendants DJ Kitchen LLC, Nan Zhao, Joe Chen, and A Ming, in the amount of **$298,135.66**, as follows:

1. Plaintiff Du is awarded $88,977.76 in unpaid wages, plus an equal amount of liquidated damages, for a total of $177,955.52.

2. Plaintiff Luo is awarded $43,181.57 in unpaid wages, plus an equal amount of liquidated damages, for a total of $86,363.14.

3. Plaintiffs are awarded attorneys' fees and costs in the amount of $33,817.00.

The Clerk of Court is directed to **CLOSE** this case.